

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00296-CV

| | | |
|---|---|---|
| P. CHYBA, Appellant | § | On Appeal from the 48th District Court |
| V. | § | of Tarrant County (048-276121-14) |
| US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2005-AC6 ASSET-BACKED CERTIFICATES, SERIES 2005-AC6, Appellee | § | June 6, 2019 |
| | § | Opinion by Justice Birdwell |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the order of the trial court is affirmed.

It is further ordered that Appellant P. Chyba shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Wade Birdwell
Justice Wade Birdwell